UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

7:21-CR-00301-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | **[DOCKET ENTRY 82]** |
| TAYLER MARIE SWANSON, ) | |
| ) | |
| Defendant. ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 82 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the 14 day of October, 2022.

JAMES C. DEVER III
United States District Judge