UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

7:21-CR-00301-D-2

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAYLER MARIE SWANSON,

Defendant.

**ORDER TO SEAL
[DOCKET ENTRY NUMBER 87]**

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 87 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the 18 day of October, 2022.

JAMES C. DEVER III
United States District Judge