UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:21-CR-00301-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **ORDER** |
| TAYLER MARIE SWANSON, | |
| Defendant. | |

Upon motion of the Defendant and for good cause shown, it is hereby **ORDERED** that Defendant's Motion to Continue Sentencing Hearing is **GRANTED**.

Finding good cause, the Court hereby continues Defendant's Sentencing until the Court's ___December___ 2022 Term of Court.

SO ORDERED. This _18_ day of October 2022.

_____
JAMES C. DEVER III
United States District Judge